# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER AQUINO, KERRY HEDRICK, GARY JAEGERS, TIMOTHY LANE, DENNIS MALLARI, DAVID MIDDLETON, RONALD NORMAN, GERARDO PEREZ, DAVID J. POSTON, KEVIN WEEKS, individually, and on behalf of all others similarly situated.<br><br>    Plaintiffs,<br><br>vs.<br><br>AT&T, Corp.<br><br>    Defendants. | Case No. 3:16-cv-04864-VC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

The Court, having considered the submissions of Plaintiffs Xavier Aquino, Kerry Hedrick, Gary Jaegers, Timothy Lane, Dennis Mallari, David Middleton, Ronald Norman, Gerardo Perez, David J. Poston and Kevin Weeks (collectively, "Named Plaintiffs") and Defendant Pacific Bell Telephone Company ("Pac Bell")[1] (together, "the Parties"), and having considered the oral presentation by counsel for all Parties, and good cause appearing therefor, this Court orders as follows:

1. The individual causes of action of Plaintiffs Xavier Aquino, Kerry Hedrick, Gary Jaegers, Timothy Lane, Dennis Mallari, David Middleton, Ronald Norman, Gerardo Perez, David J. Poston and Kevin Weeks are hereby dismissed with prejudice;
2. The class allegations asserted in the operative complaint in this action are dismissed without prejudice to any unnamed class members;
3. Defendant shall give notice of this dismissal to the Communications Workers of America: Local 9400;
4. Defendant shall file proof of service of such notice of the dismissal of this action on the Communications Workers of America: Local 9400 within fourteen (14) days of entry of the Order dismissing the action; and
5. Each of the Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 14, 2018

HON. VINCE CHHABRIA

---

[1] The Parties previously agreed that Defendant Pacific Bell Telephone Company erroneously was sued as "AT&T Corp." *See Larson v. Pacific Bell Telephone Company*, Case No. 3:16-cv-04858-VC (ECF 12, 20, 40).